**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZHONGQI ZHU, | ) | NO. CV 12-05739-RGK (ASx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF LOS ANGELES; YOLANDA MARTINEZ, and DOES 1 through 10, inclusive, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: April 26, 2016.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE